1

2

3

4

5

6

7

8                     **UNITED STATES DISTRICT COURT**

9                     **CENTRAL DISTRICT OF CALIFORNIA**

10

11   KENNETH SCHWARTZ,               Case No.:  2:12-cv-02207-R

12           Plaintiff,             Trial:         02/26/2013
                                 Action Filed :   02/14/2012

13   vs.

14   HARTFORD LIFE AND ACCIDENT     **ORDER GRANTING**
    INSURANCE COMPANY;              **STIPULATION FOR PROTECTIVE**

15   TRUSTMARK INSURANCE           **ORDER PROHIBITING**
    COMPANY and, DOES 1 through 10,   **DISCLOSURE OF CONFIDENTIAL**

16   inclusive,                       **MATERIALS AND INFORMATION**

17           Defendants.

18

19

20

21

22

23

24

25

26

27

28

1

## ORDER

2

3        Good cause having been shown within the parties' Stipulation for Protective

4    Order Prohibiting Disclosure of Confidential Materials and Information (the

5    "Stipulation), the Court hereby orders that the handling of confidential documents or

6    information in this case shall be governed by the terms of the Stipulation.

7

8        **IT IS SO ORDERED**.

9

10   DATED:  _August 6, 2012_          _____

11                                     THE HON. MANUEL L. REAL
                                       United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA COUNTY OF ORANGE**

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA  92612.  Email address: grubio@bargerwolen.com.

**I HEREBY CERTIFY** that on **August 3, 2012**, I electronically filed the foregoing  **(PROPOSED) ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER PROHIBITING  DISCLOSURE OF CONFIDENTIAL MATERIALS AND INFORMATION**  wth the Clerk's Office using the CM/ECF System which provides for the transmittal of a Notice of Electronic Filing to any and all CM/ECF registrant(s)in this action as follows:

Michael B. Horrow, Esq.                     Counsel for Plaintiff
Nichole D. Podgurski, Esq.                  Kenneth Schwartz
DONAHUE & HORROW, LLP
1960 E. Grand Avenue, Suite 1215
El Segundo, CA  90245
Tel.: (310) 322-0300
Fax: (310) 322-0302
Email:  mhorrow@donahuehorrow.com
Email:  npodgurski@donahuehorrow.com

I declare under penalty of perjury under the laws of the State of California that and the United States of America the above is true and correct.  Executed on **August 3, 2012**, in the City of Irvine, California.

NAME:  Gabriela Rubio        _____
                             An Employee of BARGER & WOLEN LLP