1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| KENNETH SCHWARTZ, | Case No.: 2:12-cv-02207-R |
|---|---|
| Plaintiff, | Trial:            02/26/2013<br>Action Filed :   02/14/2012 |
| vs. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; TRUSTMARK INSURANCE COMPANY and, DOES 1 through 10, inclusive, | **ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER PROHIBITING DISCLOSURE OF CONFIDENTIAL MATERIALS AND INFORMATION** |
| Defendants. | |

# ORDER

Good cause having been shown within the parties' Stipulation for Protective Order Prohibiting Disclosure of Confidential Materials and Information (the "Stipulation), the Court hereby orders that the handling of confidential documents or information in this case shall be governed by the terms of the Stipulation.

**IT IS SO ORDERED**.

DATED:  _August 6, 2012_       _____
                               THE HON. MANUEL L. REAL
                               United States District Court Judge

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA 92612. Email address: grubio@bargerwolen.com.

**I HEREBY CERTIFY** that on **August 3, 2012**, I electronically filed the foregoing **(PROPOSED) ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER PROHIBITING DISCLOSURE OF CONFIDENTIAL MATERIALS AND INFORMATION** wth the Clerk's Office using the CM/ECF System which provides for the transmittal of a Notice of Electronic Filing to any and all CM/ECF registrant(s) in this action as follows:

| | |
|---|---|
| Michael B. Horrow, Esq.<br>Nichole D. Podgurski, Esq.<br>DONAHUE & HORROW, LLP<br>1960 E. Grand Avenue, Suite 1215<br>El Segundo, CA 90245<br>Tel.: (310) 322-0300<br>Fax: (310) 322-0302<br>Email: mhorrow@donahuehorrow.com<br>Email: npodgurski@donahuehorrow.com | Counsel for Plaintiff<br>Kenneth Schwartz |

I declare under penalty of perjury under the laws of the State of California that and the United States of America the above is true and correct. Executed on **August 3, 2012**, in the City of Irvine, California.

NAME: Gabriela Rubio

_Gabriela Rubio_
An Employee of BARGER & WOLEN LLP